**COPY**

# United States District Court

District Of MASSACHUSETTS

FM GLOBAL TECHNOLOGIES LLC, formerly known as FACTORY MUTUAL RESEARCH CORP.,

Plaintiff,

V.

RANTEC POWER SYSTEMS, INC.,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 11226 JLT

TO: RANTEC POWER SYSTEMS, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Mutch, Esq.
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, Suite 2500
Boston, MA 02199

an answer to the complaint which is served on you, with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

JUN 1 0 2005

DATE

(BY) DEPUTY CLERK

FM Global Technologies, et. al., Plaintiff(s)
vs.
Rantec Power Systems, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rantec Power Systems, Inc., c/o Scott W. Wall
Court Case No. 05-11226JLT

ROBINS, KAPLAN, ET AL
Ms. Ann Freni
800 Boylston St, 25th FL
Boston, MA 02199-7610

State of: __California__ ) ss.
County of: __San Luis Obispo__ )

**Name of Server:** __Vicki Ballew__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __October__, 20 __05__, at __09:01__ o'clock __A__ M

**Place of Service:** at Andre, Morris & Buttery, in __San Luis Obispo, CA 93401__
1102 Laurel Lane

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Rantec Power Systems, Inc., c/o Scott W. Wall

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Ann Tamberella, Legal Assistant to Mr. Wall__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc.__ ; Hair Color __light__ ; Facial Hair _____
Approx. Age __40__ ; Approx. Height __5'10"__ ; Approx. Weight __170__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Vicki Ballew_
Signature of Server

Subscribed and sworn to before me this __5__ day of __10__, 20 __05__

_Rhonda Lane Robinson_  Jan. 18, 2009
Notary Public    (Commission Expires)

APS International, Ltd.
APS File #: 073862-0001



RHONDA LANE ROBINSON
COMM. #1545620
NOTARY PUBLIC - CALIFORNIA
SAN LUIS OBISPO COUNTY
My Comm. Expires JAN. 18, 2009