UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES, L.L.C., formerly known as FACTORY MUTUAL RESEARCH CORP.,<br><br>  Plaintiff/Defendant in Counterclaim<br><br>  v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>  Defendant/Third Party Plaintiff/<br>  Plaintiff in Counterclaim<br><br>  v.<br><br>FACTORY MUTUAL SYSTEMS, INC., and JOHN DOES, 1 THROUGH 20,<br><br>  Third Party Defendants | No. 05-11226 MLW |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant, Third Party Plaintiff and Plaintiff in Counterclaim, Rantec Power Systems, Inc. in the above-entitled matter.

_____
Matthew P. Zayotti, BBO# 638265
Keegan Werlin, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 25, 2006.

_____
Matthew P. Zayotti, Esq.