UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES, L.L.C., formerly known as FACTORY MUTUAL RESEARCH CORP.,<br><br>    Plaintiff/Defendant in Counterclaim<br><br>v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>    Defendant/Third Party Plaintiff/<br>    Plaintiff in Counterclaim<br><br>v.<br><br>FACTORY MUTUAL SYSTEMS, INC., and JOHN DOES, 1 THROUGH 20,<br><br>    Third Party Defendants | No. 05-11226 MLW |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK J. HAGAN, ESQ.

Pursuant to Local Rule 85.5.3, the undersigned member of the Bar of this Court, hereby moves this Court for the admission *pro hac vice* of Patrick J. Hagan, Esquire of the law firm Dillingham & Murphy, LLP, 225 Bush Street, 6th Floor, San Francisco, CA 94104-4207, to appear in the above-captioned matter as counsel for the Defendant, Rantec Power Systems, Inc. In further support of this motion, the undersigned counsel states as follows:

1.    I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit.

2.    I have filed my appearance on behalf of the Defendant, Rantec Power Systems, Inc.

3.  Filed herewith as Exhibit A is the certificate of Patrick J. Hagan, Esquire attesting that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court grant leave to Patrick J. Hagan, Esquire to appear in this action *pro hac vice* as counsel for the Defendant, Rantec Power Systems, Inc.

Matthew P. Zayotti, BBO# 638265
Richard B. Kirby, BBO #273600
Keegan Werlin, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 7, 2006.

Matthew P. Zayotti, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES, L.L.C., formerly known as FACTORY MUTUAL RESEARCH CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>      Defendant. | No. 05-11226 MLW |

CERTIFICATE OF PATRICK J. HAGAN, ESQUIRE
PURSUANT TO LOCAL RULE 83.5.3(B)

I, Patrick J. Hagan, Esquire, hereby certify as follows:

1. I am a partner in the law firm Dillingham & Murphy, LLP, 225 Bush Street, 6th Floor, San Francisco, CA 94104-4207.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, including the bars of the State of California (State Bar No. 68264), the United States Court of Appeals for the Ninth Circuit, and the Supreme Court.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Patrick J. Hagan, Esq.
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
415-397-2700