UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
FM GLOBAL TECHNOLOGIES LLC            )
formerly known as                     )
FACTORY MUTUAL RESEARCH CORP.,        )
                                      )
        Plaintiff,                    )
    v.                                )   NO. 05-11226-MLW
                                      )
RANTEC POWER SYSTEMS, INC.,           )
                                      )
        Defendant.                    )
_____)

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT AND COUNTERCLAIM

Plaintiff, FM Global Technologies LLC ("FM Global"), respectfully request that this Court allow FM Global up to and including March 6, 2006 to respond to Defendant's Counterclaim and Third Party Complaint. FM Global states the following in support of this Motion:

1. Rantec filed a Third-Party Complaint and Counterclaim on or about January 19, 2006.

2. The parties conferred and agreed to extend the time for FM Global to respond to Rantec's Third-Party Complaint and Counterclaim until March 6, 2006.

WHEREFORE, FM Global respectfully requests, with the assent of Rantec, that the time for FM Global to respond to the Counterclaim and Third-Party Complaint be extended up to and including March 6, 2006. Any Third Party Defendants named by Rantec's Third-Party Complaint join in this request.

BN1 35029162.1

                      FM GLOBAL TECHNOLOGIES, INC.

                      By its Attorneys,

                      _____/s/ *Jonathan Mutch*_____
                      Jonathan Mutch (BBO # 634543)
                      James S. Harrington (BBO #
                      Robins, Kaplan, Miller & Ciresi LLP
                      800 Boylston Street, 25th Floor
                      Boston, MA  02199
                      Phone: (617) 267-2300
                      Fax:    (617) 267-8288

Dated: February 8, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
FM GLOBAL TECHNOLOGIES LLC           )
formerly known as                    )
FACTORY MUTUAL RESEARCH CORP.,       )
                                     )
       Plaintiff,                    )
  v.                                 )     NO. 05-11226-MLW
                                     )
RANTEC POWER SYSTEMS, INC.,          )
                                     )
       Defendant.                    )
_____)

**CERTIFICATE OF SERVICE**

I hereby that a true and accurate copy of the foregoing Assented to Motion to Extend Time to Respond to Counterclaim and Third Party Complaint was filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I sent the same via regular mail, this 8th day of February, 2006 to:

    Patrick J. Hagan, Esq.
    Dillingham & Murphy
    225 Bush Street
    6th Floor
    San Francisco, CA 94104-4207

                        /s/ Jonathan D. Mutch
                       Jonathan Mutch (BBO # 634543)
                       Robins, Kaplan, Miller & Ciresi LLP
                       800 Boylston Street, 25th Floor
                       Boston, MA  02199
                       Phone: (617) 267-2300
                       Fax:    (617) 267-8288

BN1 35029162.1