UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC<br>formerly known as<br>FACTORY MUTUAL RESEARCH CORP.,<br><br>    Plaintiff,<br>    v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   NO. 05-11226-MLW<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO
THIRD-PARTY COMPLAINT AND COUNTERCLAIM**

Plaintiff, FM Global Technologies LLC ("FM Global"), respectfully request that this Court allow FM Global up to and including March 20, 2006 to respond to Defendant's Counterclaim and Third Party Complaint. FM Global states the following in support of this Motion:

1. Rantec filed a Third-Party Complaint and Counterclaim on or about January 19, 2006.

2. The parties previously agreed to extend the time for FM Global to respond to Rantec's Third-Party Complaint and Counterclaim until March 6, 2006.

3. The parties conferred again and agreed to a further extension of time to and including March 20, 2006. There will be no further request for an extension.

WHEREFORE, FM Global respectfully requests, with the assent of Rantec, that the time for FM Global to respond to the Counterclaim and Third-Party Complaint be extended up to and

BN1 35029760.1

including March 20, 2006.  Any Third Party Defendants named by Rantec's Third-Party Complaint join in this request.

        FM GLOBAL TECHNOLOGIES, INC.

        By its Attorneys,

        _/s/ Jonathan Mutch_____
        Jonathan Mutch (BBO # 634543)
        James S. Harrington (BBO # 543744)
        Robins, Kaplan, Miller & Ciresi LLP
        800 Boylston Street, 25th Floor
        Boston, MA  02199
        Phone: (617) 267-2300
        Fax:    (617) 267-8288

Dated: March 6, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC<br>formerly known as<br>FACTORY MUTUAL RESEARCH CORP.,<br><br>      Plaintiff,<br>  v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>      Defendant. | NO. 05-11226-MLW |

### CERTIFICATE OF SERVICE

I hereby that a true and accurate copy of the foregoing Assented to Motion to Extend Time to Respond to Counterclaim and Third Party Complaint was filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I sent the same via regular mail, this 6th day of March, 2006 to:

    Patrick J. Hagan, Esq.
    Dillingham & Murphy
    225 Bush Street
    6th Floor
    San Francisco, CA 94104-4207

                                    /s/ Jonathan D. Mutch
                                    Jonathan Mutch (BBO # 634543)
                                    Robins, Kaplan, Miller & Ciresi LLP
                                    800 Boylston Street, 25th Floor
                                    Boston, MA  02199
                                    Phone: (617) 267-2300
                                    Fax:   (617) 267-8288

BN1 35029760.1