# UNITED STATES COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC<br>formerly known as<br>FACTORY MUTUAL RESEARCH CORP.,<br><br>      Plaintiff,<br>  v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>      Defendant. | NO. 05-11226-MLW |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
## FM GLOBAL TECHNOLOGIES LLC AND THIRD-PARTY DEFENDANT FACTORY MUTUAL INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the Plaintiff and Third-Party Defendant state:

Plaintiff FM Global Technologies ("FM Global") is a Massachusetts not-for-profit corporation whose members are individuals employed by Factory Mutual Insurance Company and therefore (1) FM Global has no parent corporation; and (2) no publicly held corporation owns more than 10% of FM Global.

Third-Party Defendant Factory Mutual Insurance Company ("FMIC") is a mutual insurance company owned by its policyholders and therefore (1) FMIC has no parent corporation; and (2) no publicly held company owns more than 10% of FMIC.

Dated: March 30, 2006

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ Jonathan Mutch
Jonathan D. Mutch (BBO# 634543)
800 Boylston Street – 25th Floor
Boston, MA 02199
Tel:   (617) 267-2300
Fax:   (617) 267-8288

**Attorney for the Plaintiff, FM Global Technologies, LLC, and Third-Party Defendant Factory Mutual Insurance Company**

## **CERTIFICATE OF SERVICE**

     I, Erin Maguire, hereby certify that a true and correct copy of the above document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following address:

Patrick J. Hagan, Esq.
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104

**Attorney for Defendant,
Rantec Power Systems, Inc.**

/s/ Erin Maguire
Erin H. Maguire
Legal Administrative Assistant
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 Boylston Street – 25th Floor
Boston, MA 02199