UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC<br>formerly known as<br>FACTORY MUTUAL RESEARCH CORP.,<br><br>   Plaintiff,<br> v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>   Defendant. | NO. 05-11226-MLW |

## JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 6(b), the parties jointly move to continue the initial scheduling conference in this case, currently scheduled for May 25, 2006, to a date after August 28, 2006. As grounds for this motion, the parties state:

1. This case is a contract based indemnity action filed by FM Global Technologies LLC ("FM Global") to recover attorney's fees incurred by FM Global in the course of a prior litigation involving Rantec Power Systems, Inc. ("Rantec"). A related lawsuit between the parties is currently pending in California.

2. This matter is currently scheduled for an initial scheduling conference on May 25, 2006.

3. The parties this week scheduled a mediation on July 12-13, 2006 in Atlanta. At the mediation, the parties will attempt to resolve all their claims in connection with both this lawsuit and the related California action.

4. July 12, 2006 is the first date that all the parties, counsel, and the mediator were available to meet for mediation. The parties are actively engaged in attempting to settle their claims.

BN1 35031536.1

5. Accordingly, in the interest of judicial economy and efficiency, the parties jointly request that the initial scheduling conference in this matter be continued to a date at least 45 days after the mediation.

**WHEREFORE**, the parties jointly move to continue the initial scheduling conference to a date at least 45 days after the date of the mediation, on or after August 28, 2006.

Dated: May 19, 2006

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ Jonathan D. Mutch
Jonathan D. Mutch (BBO# 634543)
800 Boylston Street – 25th Floor
Boston, MA 02199
Tel:   (617) 267-2300
Fax:   (617) 267-8288

**Attorney for the Plaintiff, FM Global Technologies, LLC**

**DILLINGHAM & MURPHY, LLP**

/s/ Patrick J. Hagan
Patrick J. Hagan, Esq.
Edward Hartley, Esq.
225 Bush Street, 6th Floor
San Francisco, CA  94104
Tel:   (415) 397-2700

**Attorney for Defendant,
Rantec Power Systems, Inc.**

## **CERTIFICATE OF SERVICE**

     I, Erin Maguire, hereby certify that a true and correct copy of the above document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following address:

Patrick J. Hagan, Esq.
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA  94104

**Attorney for Defendant,
Rantec Power Systems, Inc.**

/s/ Erin Maguire
Erin H. Maguire
Legal Administrative Assistant
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 Boylston Street – 25th Floor
Boston, MA 02199

BN1 35031536.1

3