UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC formerly known as FACTORY MUTUAL RESEARCH CORP., <br><br> Plaintiff, <br> v. <br><br> RANTEC POWER SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) **NO. 05-11226-MLW** ) ) ) ) ) |

**FM GLOBAL TECHNOLOGIES' POST-SETTLEMENT STATUS REPORT**

Rantec and FM Global had a productive mediation in July. At that session, the parties reached a tentative agreement settling all matters. There is an agreement on the monetary payment amount that would be sufficient to settle both this action as well as another pending matter between the parties now proceeding in California. The parties, however, continue to negotiate several other "non-economic" terms that Rantec requested as part of this potential settlement. FM Global has advised Rantec of its position regarding those requests and is awaiting a response from Rantec.

FM GLOBAL TECHNOLOGIES, INC.

By its Attorneys,

/s/ Jonathan D. Mutch
Jonathan Mutch (BBO # 634543)
James S. Harrington (BBO # 543744)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199
E-mail: JDMutch@rkmc.com
Phone: (617) 267-2300
Fax:    (617) 267-8288

Dated: August 11, 2006

BN1 35033294.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC<br>formerly known as<br>FACTORY MUTUAL RESEARCH CORP.,<br><br>        Plaintiff,<br>  v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>        Defendant. | NO. 05-11226-MLW |

## CERTIFICATE OF SERVICE

I hereby that a true and accurate copy of the foregoing Plaintiff Factory Mutual's Post-Settlement Status Report was filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I sent the same via regular mail, this 11th day of August, 2006 to:

    Patrick J. Hagan, Esq.
    Dillingham & Murphy
    225 Bush Street
    6th Floor
    San Francisco, CA 94104-4207

                /s/ Jonathan D. Mutch
                Jonathan Mutch (BBO # 634543)
                Robins, Kaplan, Miller & Ciresi LLP
                800 Boylston Street, 25th Floor
                Boston, MA  02199
                Phone: (617) 267-2300
                Fax:   (617) 267-8288