UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FM GLOBAL TECHNOLOGIES LLC**         **CIVIL  CASE**
                                       **NO. 05-11226-MLW**

v.

**RANTEC POWER SYSTEMS, INC.**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** scheduled for **August 31, 2006** at **4:00 P.M.**, has been CANCELLED.

                                       **SARAH A. THORNTON**
                                       **CLERK OF COURT**

**August 21, 2006**                    **By:**   **/s/ Dennis O'Leary**
**Date**                                         **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                   [ntchrgcnf.]