UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC<br>formerly known as<br>FACTORY MUTUAL RESEARCH CORP.,<br><br>       Plaintiff,<br>  v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)    **NO. 05-11226-MLW**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STATUS REPORT
REGARDING SETTLEMENT DISCUSSIONS**

Final settlement has not yet occurred. As indicated in the prior Status Report, a global mediation was held in Atlanta this past July. A tentative agreement was reached that would resolve all matters in both this litigation and a related California matter. A monetary payment amount was agreed to by all parties.

Rantec requested that several "non-economic" terms be included as part of any potential settlement agreement. The parties have discussed these issues at some length. Plaintiff (herein "FM Global") advised Rantec of FM Global's final position regarding Rantec's requests for the "non-economic" terms on September 13, 2006. On that day, counsel for FM Global also provided counsel for Rantec with a revised draft settlement agreement that included language setting out FM Global's final position on the non-economic terms. FM Global is awaiting a response from Rantec.

Sufficient time has now elapsed such that Rantec should inform FM Global whether a settlement is at hand.

                       FM GLOBAL TECHNOLOGIES, INC.

                       By its Attorneys,

                       /s/ Jonathan D. Mutch
                       Jonathan Mutch (BBO # 634543)
                       James S. Harrington (BBO # 543744)
                       Robins, Kaplan, Miller & Ciresi LLP
                       800 Boylston Street, 25th Floor
                       Boston, MA  02199
                       E-mail: JDMutch@rkmc.com
                       Phone: (617) 267-2300
                       Fax:    (617) 267-8288

Dated: October 13, 2006

BN1 35034752.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC<br>formerly known as<br>FACTORY MUTUAL RESEARCH CORP.,<br><br>        Plaintiff,<br>v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>        Defendant. | NO. 05-11226-MLW |

**CERTIFICATE OF SERVICE**

I hereby that a true and accurate copy of the foregoing Plaintiffs' Post-Mediation Status Report was filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I sent the same via regular mail, this 13th day of October, 2006 to:

    Patrick J. Hagan, Esq.
    Dillingham & Murphy
    225 Bush Street
    6th Floor
    San Francisco, CA 94104-4207

                          /s/ Jonathan D. Mutch
                          Jonathan Mutch (BBO # 634543)
                          Robins, Kaplan, Miller & Ciresi LLP
                          800 Boylston Street, 25th Floor
                          Boston, MA  02199
                          Phone: (617) 267-2300
                          Fax:   (617) 267-8288