## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES, L.L.C., formerly known as FACTORY MUTUAL RESEARCH CORP.,<br><br>**Plaintiff/Defendant in Counterclaim**<br><br>v.<br><br>RANTEC POWER SYSTEMS, INC.,<br><br>**Defendant/Third Party Plaintiff/ Plaintiff in Counterclaim**<br><br>v.<br><br>FACTORY MUTUAL SYSTEMS, INC., and JOHN DOES, 1 THROUGH 20,<br><br>**Third Party Defendants** | No. 05-11226 MLW |

## DEFENDANT, ETS LINDGREN, L.P. f/k/a RANTEC POWER SYSTEMS, INC.'S STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS

Defendant ETS LINDGREN, L.P., formerly known as RANTEC POWER SYSTEMS, INC. ("ETS") and plaintiff FM GLOBAL TECHNOLOGIES, L.L.C., formerly known as FACTORY MUTUAL RESEARCH CORP. ("Plaintiff") have exchanged settlement documents and are in the process of finalizing any non-economic language. All economic terms agreed upon at the July 12-13, 2006 mediation remain as agreed.

Thus, a settlement is at hand and Rantec will tender what it believes will be the final written settlement agreement by Friday, October 27 and, assuming acceptance, anticipate concluding the settlement within the next 30-45 days thereafter.

ETS Lindgren, LP, f/k/a Rantec Power Systems

By its attorneys,


/s/ Matthew P. Zayotti
Matthew P. Zayotti, BBO# 638265
Keegan Werlin, LLP
265 Franklin Street
Boston, MA 02110-3113
(617) 951-1400
(617) 951-1354


/s/Patrick J. Hagan
Patrick J. Hagan (admitted pro hac vice)
J. Cross Creason (admitted pro hac vice)
DILLINGHAM & MURPHY, LLP
225 Bush Street,
San Francisco, CA 94104-4207
Tel: (415) 397-2700
Fax: (415) 397-3300


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 24, 2006.

/s/Matthew P. Zayotti
Matthew P. Zayotti, Esq.