## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FM GLOBAL TECHNOLOGIES LLC )<br>formerly known as )<br>FACTORY MUTUAL RESEARCH CORP., )<br> )<br>　　　　Plaintiff, )<br>　　v. )<br> )<br>RANTEC POWER SYSTEMS, INC., )<br> )<br>　　　　Defendant. )<br>_____) | NO. 05-11226-MLW<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

The parties hereto, ETS-Lindgren L.P., successor in interest to Rantec Power Systems, Inc., Factory Mutual Insurance Company, and FM Global Technologies LLC, hereby stipulate that all claims, counterclaims, cross-claims, and third-party claims between or among the parties in the above-captioned consolidated actions shall be voluntarily dismissed <u>with prejudice</u> pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, with each party bearing its respective costs and attorney's fees.

Dated: January 8, 2007          DILLINGHAM & MURPHY, LLP

                                By:   /s/ Patrick J. Hagan
                                      PATRICK J. HAGAN, ESQ.
                                      Attorneys for ETS-Lindgren L.P. successor
                                      in interest to Rantec Power Systems Inc.


Dated: January 8, 2007          ROBINS, KAPLAN, MILLER & CIRESI LLP

                                By:   /s/ Jonathan D. Mutch
                                      JONATHAN D. MUTCH, ESQ.
                                      Attorneys for Factory Mutual Insurance
                                      Company and FM Global Technologies LLC

**IT IS SO ORDERED.**

Dated: _____          _____
                                HONORABLE MARK L. WOLF
                                United States District Judge
                                District of Massachusetts

BN1 35036068.1